No. 80–317. UNIVERSITY OF TEXAS ET AL. *v.* CAMENISCH. C. A. 5th Cir. [Certiorari granted, 449 U. S. 950.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 80–441. GULF OIL CO. ET AL. *v.* BERNARD ET AL. C. A. 5th Cir. [Certiorari granted, 449 U. S. 1033.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 80–544. FIRST NATIONAL MAINTENANCE CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. [Certiorari granted, 449 U. S. 1076.] Motion of Washington Legal Foundation, Inc., for leave to file a brief as *amicus curiae* granted.

No. 80–1188. EDGAR *v.* MITE CORP. ET AL. C. A. 7th Cir.; and
No. 80–6045. KREMER *v.* CHEMICAL CONSTRUCTION CORP. C. A. 2d Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 80–1491. TELTRONICS SERVICES, INC. *v.* L. M. ERICSSON TELECOMMUNICATIONS, INC. C. A. 2d Cir. Motion of petitioner to expedite consideration of the petition for writ of certiorari denied.

No. 80–1320. IN RE RAMIREZ; and
No. 80–5533. IN RE DORTY. Petitions for writs of mandamus denied.

No. 80–990. CABELL, ACTING CHIEF PROBATION OFFICER OF LOS ANGELES COUNTY, ET AL. *v.* CHAVEZ-SALIDO ET AL. Appeal from D. C. C. D. Cal. Probable jurisdiction noted.